## MONTGOMERY IRON WORKS, ET AL. V. CAPITAL CITY INS. CO.

### *Garnishment.*

(Decided July 2, 1907.)

APPEAL from Montgomery City Court.
Heard before Hon. A. D. SAYRE.

HORACE STRINGFELLOW, and WILSON & MARTIN, for appellant

GUNTER & GUNTER, for appellee.

SIMPSON, J.—Reversed and remanded on authority of *Montgomery Iron Works v. Roman,* 147 Ala. 434; 41 South. 811.

HARALSON, DOWDELL, ANDERSON, DENSON and MC-CLELLAN, JJ., concur. TYSON, C. J., not sitting.